No. 145. IGOE, U. S. DISTRICT JUDGE *v.* UNITED STATES, *ante,* p. 942;

No. 796. AWARE, INC., ET AL. *v.* FAULK, *ante,* p. 916;

No. 813. DYER *v.* MURRAY, TRUSTEE, ET AL., *ante,* p. 932;

No. 822. GROSSMAN *v.* STUBBS ET AL., *ante,* p. 934;

No. 844. HARMON *v.* UNITED STATES, *ante,* p. 944;

No. 677, Misc. LAWSON *v.* UNITED STATES, *ante,* p. 919;

No. 728, Misc. BONANNO *v.* LOUISIANA, *ante,* p. 126;

No. 782, Misc. COHEN *v.* CURTIS PUBLISHING CO. ET AL., *ante,* p. 921;

No. 822, Misc. ARBUCKLE *v.* ILLINOIS, *ante,* p. 945; and

No. 840, Misc. MARION ET AL. *v.* CITY OF LANDER, WYOMING, ET AL., *ante,* p. 925. Petitions for rehearing denied.

No. 34. UDALL, SECRETARY OF THE INTERIOR *v.* TALLMAN ET AL., *ante,* p. 1. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 585. FEDERAL POWER COMMISSION *v.* AMERADA PETROLEUM CORP. ET AL., 379 U. S. 687, *ante,* p. 959. Motion for leave to file second petition for rehearing denied.

No. 827. CHASE CAPITAL CORP., DBA QUAIL VALLEY COUNTRY CLUB *v.* BUMB, RECEIVER-TRUSTEE IN BANKRUPTCY, *ante,* p. 934. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 642, Misc. WALKER *v.* INTERNAL REVENUE SERVICE ET AL., *ante,* p. 926. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.